**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MELECIO CARDONA, | ) | No. CV 11-2417 SVW (CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    **IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: April 13, 2011

_____
STEPHEN V. WILSON
United States District Judge